IDA A. ZEIGLER, JOINED BY J. THOMAS ZEIGLER, HER HUS-
BAND, *Appellants*, v. CHETT L. BEVINGTON, JOINED BY
GRACE BEVINGTON, HIS WIFE, E. L. GRIFFITH, JOINED BY
ANNA GRIFFITH, HIS WIFE, ALBERT PINKNEY, SARAH
PINKNEY, HIS WIFE, CARRIE GILLIARD, JOINED BY GEORGE
GILLIARD, HER HUSBAND, AND C. J. PETERSON, *Appellees*.

Division B.

Decision Filed October 3, 1924.

Petition for Rehearing Denied October 25, 1924.

An Appeal from the Circuit Court for Palm Beach
County, C. E. Chillingworth, Judge.

*John Zeigler,* for Appellants.

*Blackwell, Donnell & McCracken,* for Appellees.

PER CURIAM.—This cause having heretofore been sub-
mitted to the court upon the transcript of the record of the
decree herein, and briefs and argument of counsel for the
respective parties, and the record having been seen and
inspected, and the Court being now advised of its judg-
ment to be given in the premises, it seems to the Court
that there is no error in the said decree; it is, therefore,
considered, ordered and adjudged by the Court that the
said decree of the Circuit Court be, and the same is here-
by affirmed.

WHITFIELD, P. J., AND WEST AND TERRELL, J. J., concur.